**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **GUSTAVO NUNEZ** | CASE NO.: LA10-15644-AA |
| | **NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: March 19, 2010<br>TIME: 11:00 am<br>PLACE: ERNST & YOUNG PLAZA<br>725 S. FIGUEROA ST. ROOM 103<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  3/4/10**

*[signature]*

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

**PROOF OF SERVICE BY U.S. MAIL**

I, Perlita Gozun, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017. I am over the age of eighteen and not a party to this case. On 3/4/10, I served the "**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 3/4/10

_____
Perlita Gozun

**Service List**

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

FCI LENDER SERVICES INC
8180 E KAISER BLVD
ANAHEIM HILLS, CA 92808

GUSTAVO NUNEZ
8038 1/2 EASTER AVE.
BELL GARDENS, CA 90201

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

KATHY A. DOCKERY
700 S. Flower Street, Suite 1950